# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KENNETH RICKERSON,**

    *Plaintiff,*

v.                                        CASE NO.: 4:20cv387-MW/HTC

**MARK INCH, SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for maliciousness and abuse of judicial process." The Clerk shall close the file.

**SO ORDERED** on January 25, 2021.

                                              *s/Mark E. Walker*
                                              **Chief United States District Judge**