IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KENNETH RICKERSON,**

    *Plaintiff*,

v.                                Case No.: 4:20cv387-MW/HTC

**MARK INCH, SECRETARY OF
THE FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are

---

[1] This Court previously granted two extensions for Plaintiff to file objections to the report and recommendation. *See* ECF Nos. 22 and 24. As of the date of this Order, Plaintiff has filed no objections, nor has he requested additional time to do so.

**DISMISSED** without prejudice as malicious for Plaintiff's abuse of the judicial process." The Clerk is directed to terminate all pending motions and to close the file.

**SO ORDERED** on May 26, 2021.

s/Mark E. Walker<br>
**Chief United States District Judge**