IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH RICKERSON,

    *Plaintiff*,

v.                            Case No.: 4:20cv387-MW/HTC

MARK INCH, SECRETARY OF
THE FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Plaintiff's objections, ECF No. 27.[1] Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 17, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment

---

[1] Plaintiff's objections provide this Court with a list of Plaintiff's prior civl actions. However, this list is provided too late to change the outcome in this case as Plaintiff was forewarned that the failure to disclose all prior civil cases may result in the dismissal of this case. This Court finds the dismissal of this case without prejudice is an appropriate sanction for Plaintiff's failure to previously disclose all prior civil cases.

stating, "Plaintiff's amended complaint is dismissed without prejudice for maliciousness and abuse of the judicial process." The Clerk shall close the file.

**SO ORDERED on June 3, 2021.**

**s/Mark E. Walker             
Chief United States District Judge**
